# Court of Appeals
# of the State of Georgia

ATLANTA,___August 14, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A2374.  QUALITY WORKS MANAGEMENT, LLC v. THANH PHAN.**

Quality Works Management, LLC sued Thanh Phan in magistrate court. Following the entry of judgment, Quality Works appealed to superior court, which ultimately found in favor of Phan.  Quality Works then appealed directly to this Court.  We, however, lack jurisdiction.  Because the order that Quality Works seeks to appeal disposes of a de novo appeal from a magistrate court decision, it was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Its failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_08/14/2012_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*